IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT L. CARODINE,<br><br>        Defendant. | 8:22MJ74<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, Robert L. Carodine (Filing No. 15). Brent M. Bloom has filed an entry of appearance as retained counsel for Robert L. Carodine. Therefore, Julie B. Hansen's motion to withdraw (Filing No. 15) will be granted.

Julie B. Hansen shall forthwith provide Brent M. Bloom any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to Robert L. Carodine's defense.

The clerk shall provide a copy of this order to Brent M. Bloom.

**IT IS SO ORDERED.**

Dated this 4th day of March, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge